# United States District Court
## Violation Notice

CVB Location Code
WW 15

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7216854 | QUIROGA MATT | E-853 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  CFR  USC  State Code |
|---|---|
| 3/26/2020 | 18 US CODE 1382 |

Place of Offense
NAVAL STATION EVERETT MAIN GATE, 19th ST
AND PERRY AVE, EVERETT, WA 98201

Offense Description: Factual Basis for Charge     HAZMAT ☐
TRESSPASSING ON A NAVAL INSTALLATION

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| HARRIS | CORBY | A |

Street Address (blacked out)

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| UU1 4088 | VA | 2017 | RAM 1500 | | RED |

| A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy) | B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy) |
|---|---|
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 2014 C ST. | MAG |
| BELLINGHAM, WA 98225 | Time (hh:mm) MAG |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)     Original - CVB Copy

---

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

(lines)

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/27/2020 17:0